Agree to affirm.    No opinion.
All concur.
Judgment affirmed.

---

THOMAS PICKETT, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Argued December 15, 1876; decided December 22, 1876.)

*Peter Mitchell* for the plaintiff in error.

*Thomas S. Moore* for the defendants in error.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.

---

FRANK WATSON, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Argued December 15, 1876; decided December 22, 1876.)

*Peter Mitchell* for the plaintiff in error.

*Thomas S. Moore* for the defendants in error.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.

---

JOHN B. DOLAN, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued December 15, 1876; decided December 22, 1876.)

*Briggs & Fellows* for the appellant.

*D. J. Dean* for the respondent.

Agree to affirm.   No opinion.

All concur.

Judgment affirmed.

---

THOMAS CONROY, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued December 18, 1876; decided December 22, 1876.)

*Charles E. Wells* for the appellant.

*D. J. Dean* for the respondent.

Agree to affirm order and judgment absolute for defendant on stipulation.   No opinion.

All concur, except CHURCH, Ch. J., dissenting.

Order affirmed and judgment accordingly.